■ In the Matter of the Claim of ABRAHAM WEINSTEIN, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.— Decision reversed, without costs, and matter remitted for further proceedings. (*Matter of Sier* [*Levine*], 42 A D 2d 207.) Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.